**Dismissed and Memorandum Opinion filed October 30, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00995-CV

## JOHN TERMEER, Appellant

### V.

## RAMON MARTINEZ AND WENONA MARTINEZ, Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-00604**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 18, 2013. The clerk's record was filed November 20, 2013. No brief was filed.

On September 9, 2014, this court issued an order stating that unless appellant filed a brief on or before October 9, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.